# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1006** **September Term, 2026**

**SEC-Rel34-104352**

**Filed On: September 1, 2026** **[2190955]**

William Joseph Kielczewski,

Petitioner

v.

Securities and Exchange Commission,

Respondent

------------------------------

Financial Industry Regulatory Authority,
Intervenor

## O R D E R

Upon consideration of respondent's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondent's Brief | October 23, 2026 |
| Intervenor for Respondent's Brief | October 30, 2026 |
| Petitioner's Reply Brief | December 7, 2026 |
| Deferred Appendix | December 14, 2026 |
| Final Briefs | December 28, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk